JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REDENA COSTELLO, | ) | NO. CV 09-01247 SJO (FFMx) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN FAVOR OF DEFENDANT ABBOTT LABORATORIES** |
| v. | ) | |
| ABBOTT LABORATORIES, | ) | |
| Defendant. | ) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The Motion of Defendant Abbott Laboratories[1] for Summary Judgment, or, in the alternative, for Partial Summary Judgment was taken under submission by the Honorable S. James Otero of the United States District Court.

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, the Court finds that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as

---

[1] The Court notes that Defendant Abbott Laboratories, Inc. filed a Disclosure Statement pursuant to Rule 7.1, submitting that Abbott Laboratories, Inc. is incorrectly sued as Abbott Laboratories. (*See* Disclosure Statement of Feb. 20, 2009.)

1  to any material fact and that Defendant Abbott Laboratories is entitled to judgment as a matter of
2  law.
3      IT IS THEREBY ORDERED that summary judgment shall be, and hereby is, entered in
4  favor of Defendant Abbott Laboratories and against Plaintiff Redena Costello as to all Counts.

6      IT IS SO ORDERED.

8  Dated: March 16, 2010

                                    *S. James Otero*

                    _____
                           S. JAMES OTERO
                    UNITED STATES DISTRICT JUDGE